O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRANCH,<br><br>             Plaintiff,<br><br>      vs.<br><br>GUILD MORTGAGE COMPANY, et al.,<br><br>             Defendants. | CASE NO. CV 13-1621 RZ<br><br>ORDER RE DISMISSAL OF ACTION FOR PLAINTIFF'S FAILURE TO FILE TIMELY AMENDED COMPLAINT |

On June 28, 2013, the Court granted in part motions to dismiss brought by (1) Guild Mortgage Company, which the Court dismissed without leave to amend, and (2) three Wells-Fargo-affiliated defendants, which the Court dismissed with leave to amend within 21 days. The granting of the latter motion, based as it was upon what is commonly called the Tender Rule, justified dismissal of the entire action, including non-moving defendants, *with prejudice* absent a curative amendment.

Plaintiff has filed no timely amended pleading. Accordingly, the Court will enter Judgment under separate cover dismissing the action with prejudice in its entirety.

DATED: August 1, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE