O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRANCH, | CASE NO. CV 13-1621 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| GUILD MORTGAGE COMPANY, et al., | |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Complaint herein, and that the action is dismissed as to all Defendants with prejudice, with Defendants to have and recover their costs of suit in accordance with law.

DATED: August 1, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE